## MOTION DOCKET

**92–1350.** State ex rel. Maurer v. Sheward. *Franklin County*, No. 91AP–1442. On motion for leave to exceed page limit. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**92–1875.** Newman v. United Ohio Ins. Co. *Lawrence County*, No. 91–CA–26. On motion for leave to file *amicus* of Ohio Association of Civil Trial Attorneys. Motion granted.

**92–2456.** Norandex, Inc. v. Limbach. Board of Tax Appeals, No. 89–D–934. On request for oral argument. Request granted.

RESNICK and PFEIFER, JJ., dissent.

**93–131.** State ex rel. Russell v. Ehrnfelt. *Cuyahoga County*, No. 64242. On motion for leave to file brief instanter. Motion granted.

F.E. SWEENEY, J., dissents.

**93–280.** Freeman v. Norfolk & W. Ry. Co. *Erie County*, No. E–90–68. On motion for remand. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

RESNICK, J., not participating.

**93–568.** AT&T Technologies, Inc. v. Limbach. Board of Tax Appeals, No. 90–A–1047. On motion for leave to proceed *pro hac vice*. Motion granted.

**93–655.** Gross v. Western–Southern Life Ins. Co. *Hamilton County*, Nos. C–910305 and C–910562. On motion for leave to exceed page limit. Motion denied.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**93–661.** In re Morris. *Lucas County*, No. L–92–013. On motion for leave to file memorandum in support instanter and on motion to dismiss. Motion for leave granted and motion to dismiss denied.

A.W. SWEENEY and WRIGHT, JJ., dissent.

RESNICK, J., not participating.

**93–800.** State v. Shoop. *Hancock County*, No. 5–92–14. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY, J., dissents.

**93–896.** State ex rel. Lewis v. Fisher. In Mandamus. On motion to advance on the docket. Motion denied.

## JURISDICTIONAL MOTIONS ALLOWED

**93–241.** Brennaman v. Bechtel Group, Inc. *Ashtabula County*, Nos. 92–A–1689 and 92–A–1690.

MOYER, C.J., A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–319.** Hutchison v. Mihm. *Muskingum County*, No. CA–9212.

WRIGHT, J., dissents.

**93–452.** State v. Phelps. *Hamilton County*, Nos. C–920134 and C–920215. On motion for leave to appeal. Motion allowed on Proposition of Law No. II only and cause consolidated with 93–468, *infra*.

A.W. SWEENEY and DOUGLAS, JJ., dissent.

**93–468.** State v. Owens. *Hamilton County*, No. C–920134. On motion for leave to appeal. Motion allowed and cause consolidated with 93–452, *supra*.

A.W. SWEENEY and DOUGLAS, JJ., dissent.

**93–577.** Lehmkuhl v. Owners·Ins. Co. *Clermont County*, No. CA92–06–072. On motion to certify the record. Motion allowed; *sua sponte*, cause held for decision in 92–952, *Savoie v.*